IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/8/2017__

| | |
|---|---|
| RICHARD W. HARRIS, JR., EUGENE MANZIONE, RICHARD HARNEDY, PATRICK MCCARTHY and EDWARD GOLDMAN, on behalf of themselves and all others similarly situated, and DONNA DESTRO, individually, | Case No. 15-cv-07683-VSB |
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| BANK OF AMERICA CORP.; LANDSAFE, INC.; LANDSAFE APPRAISAL SERVICES, INC., and DOES 1-10, INCLUSIVE, | |
| Defendants. | |

On January 31, 2017, the Court entered an Order granting approval, with modifications, to the Parties' Settlement (Dkt. #102) (the "Order").

1. Except as otherwise specified herein, for purposes of this Judgment, the Court adopts and incorporates by reference all defined terms set forth in the parties' Stipulation for Settlement and Release (the "Settlement Agreement").

2. The Court hereby enters Judgment approving the terms of Settlement Agreement, as modified by the Order. This document shall constitute a final judgment with respect to the Released Claims of the Plaintiffs for purposes of Rule 58 of the Federal Rules of Civil Procedure, and the Plaintiffs are barred and permanently enjoined from initiating or prosecuting the Released Claims as defined in the Settlement Agreement.

3. Therefore, the claims of the Plaintiffs are hereby DISMISSED WITH PREJUDICE, with each party to bear his, her, or its own costs, except as set forth in the Settlement Agreement, as modified by the Order, and with this Court retaining exclusive jurisdiction to enforce the

Settlement Agreement, including jurisdiction over the disbursement of the Gross Settlement Amount.

IT IS SO ORDERED. LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: February 8, 2017

_____
Vernon S. Broderick
United States District Judge